THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| SARA ROE, et al.,<br><br>         Plaintiffs,<br><br>   v.<br><br>PENNS GROVE-CARNEY'S POINT REGIONAL SCHOOL DISTRICT, et al.,<br><br>         Defendants. | Civil No. 24-10827 (CPO/EAP) |

### ORDER

This matter has been raised before the Court on *pro se* Defendant Jackie Doe's application to proceed *in forma pauperis*. The Court having considered the Report and Recommendation submitted by Honorable Elizabeth A. Pascal, U.S.M.J., pursuant to 28 U.S.C. § 636(b)(1)(B) and (C); and the parties having been notified that they have fourteen (14) days from receipt of the Report and Recommendation to file and serve objections pursuant to Local Civil Rule 72.1(c)(2), and no objections having been received; and the Court finding that the Report and Recommendation is neither clearly erroneous nor contrary to law; and for good cause shown,

**IT IS** on this  5  day of  January  2026,

**ORDERED** that the Report and Recommendation is **ADOPTED**; and it is further

**ORDERED** that *pro se* Defendant Jackie Doe's application to proceed *in forma pauperis*, ECF No. 50, is **GRANTED**.

                                                                                     */s/ Christine P. O'Hearn*
                                                                  HON. CHRISTINE P. O'HEARN, U.S.D.J.